UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCHILLING CIDER, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS BRANDS, LLC d/b/a Incline Cider Company; NINKASI HOLDING COMPANY, INC. d/b/a Great Frontier Holdings; NINKASI BREWING COMPANY LLC; NINKASI BREWERY, LLC; and ANCHOR NORTHSTAR LLC,<br><br>Defendants. | C25-2361 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 105, the Court DECLINES to set the deadlines proposed by defendants. As indicated in the Minute Order entered July 24, 2026, docket no. 98, the Court does not believe that bifurcation of discovery, motion practice, or trial concerning the meaning of "Recipes" is warranted for the sake of convenience, to avoid prejudice, or to expedite or economize. Regardless of how the term "Recipes" is defined, the crux of the parties' dispute (namely, whether an event triggered plaintiff's option to purchase the "Recipes") would remain unresolved. The dates and deadlines set forth in the Minute Order entered January 30, 2026, docket no. 15, shall remain in full force and effect. If a party wishes to file a dispositive motion in advance of the March 25, 2027, deadline, it may, of course, do so, but it may not then file a second or subsequent dispositive motion. *See* Local Civil Rule 7(e).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of September, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk