UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCHILLING CIDER, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS BRANDS, LLC d/b/a Incline Cider Company; NINKASI HOLDING COMPANY, INC. d/b/a Great Frontier Holdings; NINKASI BREWING COMPANY LLC; NINKASI BREWERY, LLC; and ANCHOR NORTHSTAR LLC,<br><br>Defendants. | C25-2361 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Compass Brands, LLC's motion to clarify, docket no. 107, is GRANTED as follows. Notwithstanding the Minute Order entered July 24, 2026, docket no. 98, as indicated in the Minute Order entered September 1, 2026, docket no. 106, if a party wishes to file a dispositive motion in advance of the March 25, 2027, deadline, it may, of course, do so, but it may not then file a second or subsequent dispositive motion.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of September, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk