UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCHILLING CIDER, LLC,

Plaintiff,

v.

COMPASS BRANDS, LLC d/b/a Incline Cider Company; NINKASI HOLDING COMPANY, INC. d/b/a Great Frontier Holdings; NINKASI BREWING COMPANY LLC; NINKASI BREWERY, LLC; and ANCHOR NORTHSTAR LLC,

Defendants.

C25-2361 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to extend the expert disclosure deadline, docket no. 109, is GRANTED as follows. The deadline for disclosure of expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2) is EXTENDED from November 23, 2026, to December 18, 2026. Notwithstanding Federal Rule of Civil Procedure 26(a)(2)(D)(ii), any rebuttal expert testimony shall be disclosed by January 7, 2027. All other dates and deadlines set forth in the Minute Order entered January 30, 2026, docket no. 15, remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of October, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk